# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DEFENDING THE REPUBLIC, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. _____ |
| § | |
| FOOD AND DRUG ADMINISTRATION, § | |
| § | |
| Defendant. § | |

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, LR 3.1(c), and LR 7.4, Plaintiff, Defending the Republic, provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock: none.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidy corporations, or other legal entities that are financially interested in the outcome of the case: none.

Dated: June 7, 2022.

Respectfully submitted,

/s/ *Robert H. Holmes*
Robert H. Holmes
Holmes Lawyer PLLC
TX Bar No. 09908400

Sidney Powell
Texas Bar No. 16209700

/s/ *Travis Miller*
Travis Miller (*pro hac vice* to be filed)
TX Bar No. 24072952

Brandon Johnson (*pro hac vice* to be filed)
DC Bar No. 491370 _____

**Defending the Republic**
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel. 214-707-1775
Email: rhholmes@swbell.net
Email: twm@defendingtherepublic.org